# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CARREA, JR., CDC #P-77287,<br><br>                    Plaintiff,<br><br>     vs.<br><br>DOUGLAS E. BARNHART, et al.<br><br>                    Defendants. | CASE NO. 07cv0440 DMS (CAB)<br><br>**ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO PAY FILING FEE**<br><br>[Docket No. 51] |

On July 17, 2008, Plaintiff filed an *ex parte* application for a forty-five day extension of the deadline to pay the filing fee in this case. Plaintiff asserts the extension is necessary because he is still awaiting a response from certain organizations to his request that they pay his filing fee. Plaintiff states this is his final request for an extension.

Based on this statement, and the reasons set out in the present motion, the Court grants Plaintiff's request. Plaintiff shall have until **August 18, 2008**, to pay the filing fee in this case. The Court will not entertain any further requests for an extension of this deadline.

**IT IS SO ORDERED**.

DATED: July 25, 2008

_____
HON. DANA M. SABRAW
United States District Judge